IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|       Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 16-CR-30041-MJR |
| ANDREW C. TILLMAN, ) | |
|       Defendant. ) | |

**MOTION FOR ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL**

      The United States of America, through its attorneys, Donald S. Boyce, United States Attorney for the Southern District of Illinois, and Robert L. Garrison, Assistant United States Attorney states as follows:

      1.    The suppression hearing on Defendant's Motion to Suppress Evidence and Statements is set for September 29, 2016.

      2.    In order to comply with its obligations under the Jencks Act, pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i) the United States moves for permission to provide defense counsel with copies of Detective Shane Brown's grand jury testimony.

      WHEREFORE, the United States requests that it be given authority, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), to disclose the case agent's grand jury testimony to the defense in anticipation of the suppression hearing on September 29, 2016.

      Respectfully submitted,

      DONALD S. BOYCE
      United States Attorney

      **s/ Robert L. Garrison**
      ROBERT L. GARRISON
      Assistant United States Attorney
      Nine Executive Drive
      Fairview Heights, IL  62208
      (618) 628-3700
      E-mail: Robert L.Garrison@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 16-CR-30041-MJR |
| ) | |
| ANDREW C. TILLMAN, ) | |
| ) | |
| Defendant. ) | |

**Certificate of Service**

I hereby certify that on September 2, 2016, I caused to be electronically filed MOTION FOR ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

**s/ Robert L. Garrison**
ROBERT L. GARRISON
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
E-mail: Robert L.Garrison@usdoj.gov